UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ARAGON, aka ARTHUR CRUZ ARAGON,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. CV 10-0255-RC<br><br>JUDGMENT |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: October 20, 2010___      _/S/ ROSALYN M. CHAPMAN_____
                                                    ROSALYN M. CHAPMAN
                                          UNITED STATES MAGISTRATE JUDGE

R&R-MDO\10-0255.jud
10/19/10