Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Arthur Cruz Aragon

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CRUZ ARAGON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: CV 10-255 RC<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of THREE THOUSAND FOUR HUNDRED FIFTY dollars ($3450) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: 11/24/2010

THE HONORABLE ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | LAW OFFICES OF Lawrence D. Rohlfing |
| 3 | /s/ *Brian C. Shapiro* |
| 4 | Brian C. Shapiro |
| 5 | Attorney for plaintiff Arthur Cruz Aragon |